# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

JOSEPH EUGENE HOWARD,

    Plaintiff,

v.          CIVIL ACTION NO. 2:13-cv-11006

MOCC STAFF MEMBER DANIEL HAHN, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Joseph Eugene Howard's Motion for Injunction (ECF No. 148). By Standing Order entered April 8, 2013, and filed in this case on May 14, 2013, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation (PF&R). Magistrate Judge Tinsley filed his PF&R (ECF No. 157) on May 4, 2017, recommending that this Court deny Plaintiff's Motion for Injunction.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Plaintiff's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations."

*Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).  Objections to the PF&R in this case were due on May 22, 2017.  To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R (ECF No. 157) and **DENIES** Plaintiff's Motion for Injunction (ECF No. 148).

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 31, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE